UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-32710 |
|---|---|
| 04/27/2010 HUSBAND DISMISSED | (Chapter 13) |
| MONNA J. ADKINS | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4015268**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 16/ 33 | NATIONAL CITY BANK<br>BOX 500<br>K A16 2J<br>PORTAGE, MI  49081 | 53.35 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/28/2010

Certificate of Service             07-32710

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| MONNA J. ADKINS<br>3849 KENWICK DR<br>KETTERING, OH  45429 | LEE A SLONE<br>BOX 3340<br>DAYTON, OH  45401 | (30.1n)<br>BETH M MILLER<br>110 POLARIS PARKWAY<br>SUITE 302<br>WESTERVILLE, OH  43082 |
| (35.1n)<br>CHASE AUTO FINANCE<br>ATTN JAYME FERNANDEZ<br>201 N CENTRAL AVE<br>PHOENIX, AZ  85004 | (41.1n)<br>HOUSEHOLD BANK SB NA<br>BASS & ASSOCIATES PC<br>3936 E FT LOWELL ROAD STE 200<br>TUCSON, AZ  85712 | (42.1n)<br>HOUSEHOLD BANK SB NA<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 |

(33.1)
NATIONAL CITY BANK
BOX 500
K A16 2J
PORTAGE, MI  49081

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner            sv